■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BRUCE COHEN, Appellant.— Judgment of the Supreme Court, Kings County, rendered June 5, 1973, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Gulotta, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE F. CONKLIN, Appellant.— By a previous order of this court upon this appeal by defendant from a judgment of the County Court, Rockland County, rendered January 4, 1972, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence, the case was " remanded to the County Court for (1) a hearing before County Judge Kelly on the issue of whether the District Attorney knew, at the time of his summation to the jury, of the existence and whereabouts of James Fisher, who defendant claimed was an alibi witness, and (2) a determination thereon ", with the appeal held in abeyance in the interim (People v. Conklin, 40 A D 2d 1035). Such hearing has been had, following which County Judge Kelly made a determination dated April 3, 1973, that, inter alia, the Assistant District Attorney, prior to his summation to the jury, had no knowledge of the existence of James Fisher or of his whereabouts. Judgment affirmed. No opinion. Martuscello, Acting P. J., Latham, Christ and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED FAY, Also Known as FRED HANNA, Appellant.— Judgment of the Supreme Court, Kings County, rendered December, 1, 1969 on resentence, affirmed (People v. Fooks, 21 N Y 2d 338). Shapiro, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.